# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| David Zimmerman, on behalf of all heirs-at-law of Hope Zimmerman, | )<br>)<br>) |
| Plaintiff, | )  **ORDER AMENDING SCHEDULING**<br>)  **PLAN AND CONTINUING FINAL** |
| vs. | )  **PRETRIAL CONFERENCE AND**<br>)  **TRIAL** |
| Trevor Schmidt, Snubco Group, Inc., Snubco Well Services, Ltd., and Snubco USA, LLC, | )<br>)<br>)  Case No. 4:15-cv-177 |
| Defendants. | )<br>) |

Before the court is a "Stipulation to Amend Scheduling Plan and Request Continuance of Pretrial and Trial" filed on March 3, 2017. The court **ADOPTS** the stipulation (Docket No. 21). The pretrial deadlines shall be amended as follows:

1. The parties shall have until August 1, 2017, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff's expert disclosures are due by August 18, 2017;

    b. Defendants' expert disclosures are due by September 15, 2017; and

    c. Plaintiff's rebuttal expert disclosures are due by October 13, 2017.

   (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

3. The parties shall have until November 17, 2017, to complete discovery depositions

1

of expert witnesses.

4. The parties shall have until April 28, 2017, to move to amend pleadings to add claims or defenses, except for claims for punitive damages for which the deadline shall be September 15, 2017.

5. The parties shall have until December 1, 2017, to file threshold motions (e.g., jurisdiction, qualified immunity, statute of limitations). Discovery (shall/shall not) be stayed during the pendency of such motions.

6. The parties shall have until December 22, 2017, to file other dispositive motions (summary judgment as to all or part of the case).

7. Depositions taken for presentation at trial shall be completed 20 days before trial.

The final pretrial conference set for November 21, 2017, shall be rescheduled for June 12, 2018, at 2:00 p.m. CDT by telephone. The court shall initiate the conference call. The jury trial set for December 4, 2017, shall be rescheduled for June 25, 2018, at 9:30 a.m. in Bismarck before Chief Judge Hovland. A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 15th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court