# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| David Zimmerman, on behalf of the heirs at law of Hope Zimmerman, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Trevor Schmidt, Snubco Group, Inc., and Snubco USA, LLC, | ) ) ) | Case No. 4:15-cv-177 |
| Defendants. | ) ) | |

Before the court is a "Stipulation for Deadlines for Summary Judgment Motion" filed by the parties on November 22, 2017. The court **ADOPTS** the parties' stipulation (Doc. No. 30) and **ORDERS**:

1. Defendants' replies to Plaintiff's motions for partial summary judgment and Snubco's motion and memorandum in support of its motion for summary judgment shall be filed December 15, 2017.

2. Plaintiff's response/reply to Defendants' opposition to Plaintiff's motion for partial summary judgment and opposition to Snubco's motion for summary judgment shall be filed January 10, 2018.

3. Snubco's reply to Plaintiff's opposition to Snubco's motion for summary judgment shall be filed January 17, 2018.

Dated this 27th day of November, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court